IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HUBERT BABB,
    Petitioner,

vs.                                            Case No.  3:14cv479/LAC/EMT

JULIE L. JONES,
    Respondent.
_____/

# O R D E R

       This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 12, 2015 (doc. 17).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner filed a Motion to Supplement Memorandum (doc. 18) and Objections (doc. 19), both of which are construed as objections to the Report and Recommendation, and I have made a <u>de novo</u> determination of these objections.

       Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    Petitioner's amended habeas petition (doc. 5) is **DISMISSED for lack of jurisdiction**, pursuant to 28 U.S.C. § 2244(b).

       3.    A certificate of appealability shall be **DENIED**.

       **DONE AND ORDERED** this 2nd day of March, 2015.

                                                          s/*L.A. Collier*
                                                          **LACEY A. COLLIER**
                                                          **SENIOR UNITED STATES DISTRICT JUDGE**